Steven Bradley Powell
Name
Reg. #11005-006
Prison Number
Federal Correctional Institution Greenville
Place of confinement
P.O. Box 5000
Mailing address
Greenville, Illinois  62246
City, State, Zip
                  N/A
Telephone

# IN THE UNITED STATES DISTRICT COURT
The Southern District of Illinois

Steven Bradley Powell                        ,
(Enter full name of plaintiff in this action)

                          Plaintiff,

vs.   Doctor Faisal Vakil Ahmed            ,

      Nurse Brown                          ,

      Physician's Assistant Ms. Mills      ,

      Nurse Kelley                         ,

      Administrator Ms. Brazzell           ,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

                          Defendant(s).

Case No. 23-237-NJR
(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

[X] **Jury Trial**     [X] **Bivens Claim**

[X] **Diversity Claim**     [X] **Attorney Fees**

[X] **Punitive Damage Claim 9 times Compensation Rate**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of   Steven Bradley Powell   ,
                                                            (print your name)

who presently resides at  FCI Greenville; P.O. Box 5000; Greenville, Illinois 62246
                          (mailing address or place of confinement)
were violated by the actions of the individual(s) named below.

1 - (39 Pages Total)

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, <u>Nurse Brown</u> _____ is a citizen of
(name)
<u>Illinois</u>, and is employed as a <u>Nurse</u>.
(state)          (defendant's government position/title)

<u>XXX</u> This defendant **personally participated** in causing my injury, and I want **money damages.**
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, <u>Physician's Assistant Ms. Mills</u> _____ is a citizen of
(name)
<u>Illinois</u>, and is employed as a <u>Physician's Assistant</u>.
(state)          (defendant's government position/title)

<u>XXX</u> This defendant **personally participated** in causing my injury, and I want **money damages.**
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, <u>Doctor Faisal Vakil Ahmed, Clinical Director</u> is a citizen of
(name)
<u>Illinois</u>, and is employed as a <u>Clinical Director/Doctor</u>.
(state)          (defendant's government position/title)

<u>XXX</u> This defendant **personally participated** in causing my injury, and I want **money damages.**
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
**You must exhaust your administrative remedies before your claim can go forward.**
**THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

2

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 4, __Nurse Kelley_____ is a citizen of
_____(name)_____
__Illinois____, and is employed as a____Nurse_____.
(state)                                              (defendant's government position/title)

__XXX__This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 5, __Medical Administrator Ms. Brazzell_____ is a citizen of
_____(name)_____
__Illinois____, and is employed as a__Aministrator of Medical Department__.
(state)                                              (defendant's government position/title)

__XXX__This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 6,_____ is a citizen of
_____(name)_____
_____, and is employed as a_____.
(state)                                              (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

<u>Claim 1</u>: On or about ____December 17, 2020 to present____, my civil right to
(Date)

Inadequate and timely medical care.
_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by ____Nurse Brown_____.
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1; State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Petitioner arrived at FCI Greenville on December 17th, 2020, and upon his initial medical screening, he reported profuse bleeding of his rectum, and by various copouts, sickcall requests and visits where Nurse Brown had examined Powell, Nurse Brown was made fully aware of the problem. Powell reported being in excruciating pain, needing a left-shoulder replacement, having a left knee, left hip and lower back injury, as well as a Nickle allergy, creating sores abd blisters all over his body. This created re-ocurring staph infections. He was seen on 01-04-21, 01-11-21, 01-15-21, 01-17-21 and 02-11-21, and yet Nurse Brown would not get Petitioner to the Emergency Room at the local Hospital for an Emergency Colonoscopy, now still bleeding at FCI Greenville, since 12-17-20 (25 adys non-stop bleeding to that date, yet no one, including several visits with Nurse Brown, would render Emergency medical treatment and rush Petitioner to the local Hospital. Powell filed Grievance #1070579-F1 on 02-19-21, requesting an Emergency medical colonoscopy and had included a copy of a recent letter about his father in an ICU for tumers in his colon, and Powell had reported to medical that his Grandfather died of colon cancer. Yet not one singkle member of the medical staff of the medical department at FCI Greenville came to Powell's aid and rushed him to the local Hospital. In fact, speaking with Nurse Brown, 03-14-21, in his examination room, Powell was told; "Just because you are bleeding from your rectum, [for over eight months at that point in time], does not make this an emergency."

Powell then brought Nurse Brown a ziplock bag of bloody toilet tissue, with blood clots in it, on 03-14-21, to show the amount of bleeding occurring. After seven months at FCI Greenville, on 07-27-21, Powell was seen by Dr. Kim, approximately four miles from FCI Greenville, at the local Hospital, where he performed a colonoscopy. Dr. Kim stated; "How come you didn't come in earlier, you wouldn't have had full blown Pan Colitis, your whole Colon is infected from spreading. Had you come in sooner it would not have spread this far, now you can lose your whole colon, and have permanent damage where you will be required to take medication every day." Powell responded; "I have been seeking medical care colonoscopy assistance for over a year, filed several Grievances, just to get here."

Staff at FCI Greenville knew this, Powell had reported this in Grievances prior in the medical records, and told the medical staff in person, but Nurse Brown chose to ignore Powell's urgent serious medical injuries and needs. Powell filed another Grievance #1118666-F1 on 04-25-22 for inadequate denied/delayed timely medical care and treatment, yet the medical staff refused to treat Powell's injuries timely. Powell had shown Nurse Brown the sores all over his body, infected blisters, all from the Nickle allergy, yet was never referred him to a Dermatologist or allergist during the twenty-five months he has been at FCI Greenville. This has contributed to the denial / delayed adequate medical care and treatment of Powell. Nurse Brown is the first level of triage before getting to the primary care provider, Physician's Assistant Ms. Mills and both of those have not provided the level of care for serious medical injuries, as stated by the American Medical Association and the Federal Bureau of Prison's own Program Statements. Powell is permanently harmed by Nurse Brown's denial of Emergency medical treatment for hPetitioner's bleeding colon, an issue for more than seven months

<u>Claim 1</u>: On or about <u>December 17th, 2020</u>, my civil right to
(Date)

<u>Inadequate and timely medical care.</u>

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by <u>Nurse Brown</u>
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1; State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

prior to receiving medical treatment, which followed the previous nine months at FCI Lompoc, california, where no medical treatment had been done before Petitioner's transfer to FCI Greenville, thus a total of sixteen months without care. Petitioner now has a permanent disability condition that requires daily medications and a very painful condition, where Powell could still lose his colon, verified by Dr. Kim, the Colonoscopist. Nurse Brown would not even prescribe medications that could have slowed down the progress of the Pan Colitis, but instead stated;

**"Just because you're bleeding from your rectum doesn't make this an emergency."**

How caring or callus is that ? Nurse Brown deliberately denied this Petitioner emergency medical care, and Petitioner has been permanently harmed by his non-actions. The only thing that Nurse Brown did do was to approve additional toilet paper issue to Petitioner with the Unit Team, every two weeks just to soak up the blood. The only prescriptions or recommendations Nurse Brown gave were antibiotics/steroid treatment. Petitioner has been given over fifteen regemins of antibiotics and steroid treatments to try and control the raging staff infections from the Nickle allergic reactions, instead of recommending a Dermatologist or Allegist, or the removal of the Nickle rods from Petitioner's body. That might as well be considered no treatment or negligence and/or deliberate indifference of care, as Nurse Brown denied Petitioner access to his medical care provider, even under emergency conditions. Nurse Brown refused to get this Petitioner timely to the Hospital after being informed of bleeding profusely from the rectum for nine months prior to his arrival at FCI Greenville, then ignoring it for an additional seven months more. This caused undeniable permanent damage to Petitioner's colon. As a medical employee, Nurse Brown should have reasonably knwon that bleeding as profusely as Petitioner was, and Petitioner did bring him evidence of the extent of that bleeding, that months and months with chronic diarrgea was a serious medical injury and needed Emergency/ immediate examination by colonoscopy to determine the level of injury to Petitioner's colon. Any reasonable person would agree that Petitioner needed to go immediately to the local Hospital, as the American cancer Society and the American medical Association recommend in the cases of profuse rectum bleeding.

<u>Claim 1</u>: On or about ___December 17th, 2020 to present___, my civil right to
(Date)

<u>Caused wanton pain and suffering deliberately.</u>

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc.  List <b>only one</b> violation.)

was violated by <u>Nurse Brown                              </u>.

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1;   State what happened briefly and clearly, in your own words.   Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Petitioner notified medical staff of his injuries and pain at his initial screening and multiple sick-calls, medical requests and visits, specifically with Nurse Brown, all part of his medical records in the FBOP. Also included is his prior pain conditions at FCI Lompoc in that medical history record.

Powell complained to be in excruiciating pain, was examined by Nurse Brown, who then deliberately contributed to Petitioner's continued wanton pain and suffering by not prescribing him pain medications to relieve that pain and suffering. [Like Gabbapenton, that Petitioner took prior to his back fusion surfey in 2013]. Brown was aware of this Petitioner's Grievance of reduction/denial of pain medications in his medical file. The Petitioner claimed that medical staff retaliation for filing of medical Grievances for delay/denied treatment for his several injuries and causing further damage to his body from the lack of proper, timely medical care. Nurse Brown stated that he would make an appointment with Petitioner's primary care provider, PA Mills, but after several months had passed, Petitioner was never seen by his PA. All this time the Petitioner was not getting the proper pain medications. Medical staff prescribing Carbinzine, a mental health medication as a substitute for proper pain medicationthat Petitioner continually voiced that it was not effective for the amount of pain he was suffering. Medical, in specifics, Nurse Brown, would not prescribe, nor would  he recommend any other pain medication(s). Neither would Brown permit Petitioner to directly see his health care provider, PA Mills, so that Petitioner could receive proper pain management medication(s).

Brown deliberately prolonged wanton pain and suffering of this Petitioner by his delay tactics and outright denial of proper, timely medical care. Brown was constantly aware of Petitioner's serious medical needs, pain levels and suffering, combined with the profuse bleeding from his rectum, but allowed those conditions to prevail, knowing full well this was causing permanent harm to Petitioner.

Petitioner was seen upon arrival December 17th, 2020, by the medical staff at FCI Greenville, screened him for his serious medical issues and needs, as well as his condition, which had been delayed at FCI Lompoc for motnhs already. The entire history was available to all medical staff to review from prior facilities, both reported conditions of Petitioner, and his medical treatments and lack thereof. Petitioner reported constant and excruiciating pain for the conditions he was enduring, reported his medications were ineffective as well. Nothing was done to correct this.

Petitioner reported lesions/sores over his entire body, bleeding from his rectum, and  had openly requested emergency medical treatments, all denied by Nurse Brown, stating that Petitioner had a pending appointment to see his medical care provider, PA Ms. Mills, and over the course of several months without being seen by PA Mills, then developed staph infections from the allergic reacion to his Nickle rod implants, which were reported by Allergist M.D. Moore, yet Brown failed to provide, or recommend any medications, emergency consultations, and caused pain and suffering to Petitioner, wantonly, due to neglect/deliberate indifference to Petitioner's serious medical needs and pain management.

6

<u>Claim 2</u>: On or about ___December 17th, 2020 to present___, my civil right to
(Date)
<u>Timely and Adequate/Proper medical care failure.</u>

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by ~~Physician's Assistant~~ Ms. Mills N.P.
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2; State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

Petitioner arrived at FCI Greenville approximately December 17th, 2020, promptly notifying the medical staff by Copouts, informing the Nurses at pill line that he was bleeding profusely from his rectum. During his initial screening by the Medical staff, after his arrival, he stated, and they recorded, that he suffered from a bad left shoulder, left knee, left hip' lower back injuries and had a severe Nickle rod allergy to his implants. This was causing sores/lesions all over his body, and severe pain, eventually leading to staph infections. On 01-17-21 and 01-19-21 Petitioner submitted sick-calls and Inmate Request to Staff Emailsthat he was still bleeding profusely, both blood and putrid odors from fluids eminating from his rectum. Again on 02-11-21, Petitioner submitted a sick-call slip requesting an Emergency Colonoscopy. Petitioner had just received from a letter from his mother, stating that his father was in ICU, bleeding rectally with tumors located by Colonoscopy, the exact same symptoms as this Petitioner. The National Institute of Health on cancer screening recommends screening for colorectal cancer at age 45, not 50, and states that if blood is found in the stool with a fecal test, then the person needs to perform a follow-up colonoscopy. Petitioner brought to the Medical Department, Nurse Brown, PA Mills and other personnel available, a gallon Zip-lock bag of blood soaked/clotted toilet paper, showing both the amount of blood flow and the clotting. During the 7 months of this issue at FCI Greenville alone, all they did was issue extra toilet paper rolls to Petitioner every two weeks. No medications were done, nothing. Petitioner was seen on 01-04-2021, 01-15-21, 01-22-21 and more adtes, and nothing was being done to get him to an Emergency Hospital trip for a colonosocopy screening. Petitioner wrote numerous copouts at this time, but could not get the medical files copied for his personal use. On 03-05-21, the Petitioner had an appointment, but the Hacility/Housing Unit was locked down, [meaning no inmate movements allowed], and Petitioner could not report to medical. On 02-19-21, the Petitioner filed a BP-8 and BP-9 requesting, [Grievance #1070579-F1], this Emergency colonoscopy screening and included a letter from his mother describing his father's diagnosis, who was in the hospital ICU at the time for the same issues of colon troubles that this Petitioner suffered from. It took 7 months at FCI Greenville, after 9 months prior watiing at FCI Lompoc, thus 16 months total waiting to get to the local hospital to get a colonoscopy performed by Dr. Kim, after Petitioner reported back in Dec., 2020 that he was bleeding rectally, profusely. Petitioner's colon did not stop bleeding that entire time. Dr. Kim stated; "Why didn't you come in earlier, it owuld not have spread to your whole colon, you now have Pan Colitis for the rest of your life and could loose your colon." Petitioner told Dr. Kim that he had tried since he had arrived in December, 2020 for over seven months now at FCI Greenville.

On 04-25-22, Petitioner filed Grievance #1118555-F1 for inadequate timely delay / denied medical care/treatment. Both of these Grievances have been exhausted. Petitioner has had a Nickle allergic skin condition, lesions/sores since his arrival, 2 years ago, and has not been seen by a Dermatologist nor Allergist. Petitioner has had over 15 antibiotic and steroid regemins of prescribed courses of medications for recurring staph infections, yet the delay in his appointments and medical care/treatments by a specialist. Petitioner has been inexcruiciating pain since his arrival at FCI Greenville

7

Claim 2: On or about ___December 17th, 2020 to present___, my civil right to
(Date)

___Timely and Adequate/Proper Medical care Failure.___
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by ___~~Physician's Assistant~~ Ms. Mills N.P.___
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2; State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2):

and after Petitioner initiated medical grievances to obtain that proper care, the FCI Greenville staff have retaliated and reduced his pain medications. They refuse to prescribe Gabbapenton, a non-narcotic pain medication that Petitioner was taking prior to his lower back fusion surgery, where Nickle rod implants were installed, and Petitioner began seeing sores/lesions all over his body. On 01-15-2018, Petitioner's Federal Sentencing Judge, The Honorable Judge Burguess, ordered a medical evaluation on this Petitioner. He was taken to a Dermatologist, Dr. Cusack, on 01-11-18, who ordered other treatment stopped and referred to Allergist Consult. Petitioner was seen on 05-10-18, and diagnosed by M.D. laura Moore, an Allergist, of Nickle allergies. On 12-01-22, now 5 years later, PA Mills is repeating treatment already done, ordered a new neurosurgeon consult and did not provide Petitioner's Operative Report, Allergy Diagnosis Report, and the hardware inventory that was installed in his back to Dr. Williams, the Neurosurgeon.

Petitioner had provided to the FCI medical staff, both PA Mills and Dr. Koth, those documents in September, 2022. They were provided to Petitioner in 2020 at FCI Lompoc and are available in the BOP medical Records of this Petitioner. Dr. Williams told this Petitioner and Transportation Officer Rickman that he [Dr. Williams], could not do his diagnosis and recommend any treatments without those documents, and he wanted to know why they were not provided at this consult. It is incompetency and deliberate denial / delay to Petitioner. It is plain and obvious incompetency, deliberate denial/delay of timely proper medical care and treatment. Petitioner has been recommended for left shoulder replacement surgery by three separate BOP Doctor consults and was told in late 2021 that if he put off surgery as long as possible, that all he had to do was to submit a Medical request and within a month he would be transferred to a medical facility for that shoulder surgery. On 03-12-2022 Petitioner submitted that request, being unable to withstand the pain that shoulder caused him anymore, and 10 months later there has been no surgery, no order for Petitioner to see Dr. Ahmed, the Clinical Director, whom had stated why had PA Ms. Mills not re-submitted the deferred order for the surgery that she had previously submitted?

Petitioner had PA Ms. Mills put her hand on Petitioner's left knee while he bent it and she clearly felt the grinding and popping, yet PA Ms. Mills would not submit a consult for an MRI on that knee. Regular X-Rays showed nothing. Petitioner's left knee is now almost detroyed from walking back and forth to medical department around his meal schedule, which he also must walk round-trip, up to a mile three times a day. The Petitioner told PA Ms. Mills that his left hip is damaged and injured, yet PA Ms. Mills only took some X-Rays that apparently are not at the proper angle to see the joint destruction, all this time again in excruiciating pain, informing staff of the pain. On a scale of one-to-ten, which they ask on sick-call forms, Petitioner is at a constant 9-10. PA Ms. Mills has prescribed a mental health medication, Carbinzine as the chief pain medication, and Petitioner has told them by request over and over again that it does not help the pain. Yet PA Ms. Mills will not prescribe any alternative medication, and she has reduced Petitioner's Ibuprophen and Tylenol issue because he has filed his Grievances on Medical issues that are being ignored and not treated. If Petitioner

Page 3 of 4

Claim 2: On or about _____December 17th, 2020 to present_____, my civil right to
(Date)
Timely and Adequate/Proper Medical Care Failure.
_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc. List only one violation.)

was violated by ~~Physician's Assistant~~ Ms. Mills N.P.
_____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2; State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

rolls over on his left side, it wakes him from his sleep, pops his shoulder out of
place, causing extreme pain. Because of his lower back injuries, Petitioner has informed
PA Ms. Mills that his shoulder had been reinjured and pinching his spinal nerves, which
prevents him from sleep on his back or his stomach without pinching those nerves. The
Petitioner's left hand fingers sometimes burn from the pinching of the nerves in his
left shoulder.

PA Ms. Mills stated to Petitioner that the BOP will only fix one injury at a time,
so the rest of his injuries will have to wait in line, like the now known Pan Colitis,
which has spread from a lack of early treatment, causing his permanent injury. This
Petitioner provides his 2017 colonoscopy with no abnormalities or bleeding. Petitioner
has been denied treatment for his injuries and delayed because PS Ms. Mills deliberately
chose to treat only one injury at a time, taking months to do so. This medical action
dealing with patient care and treatmnet violates the American Medical Associations
recommended treatment and care for injuries and violates the BOP Medical Program
Statements for failure to render timely treatment for a serious medical condition and
need. PS Ms. Mills has denied Petitioner crucial timely treatment and care, delaying
treatment  for years and causing further injury to this Petitioner. Dr. Koth, on
09-17-22, requested **Urgent Surgery** to remove the Nickle hardware in Petitioner's back
and transfer him to a Medical Facility. Earlier, on a previous consult, Dr. Koth also
requested Left Shoulder Replacement Surgery. In 2021, Dr. Karr recommended Left
Shoulder Replacement Surgery, reporting that Petitioner could no longer stand the pain
it caused. Petitioner reported this to Medical Staff at FCI Greenville 03-12-2022, to
go ahead with the surgery already approved. !0 months later, nothing has been done to
move forward on this Surgery issue. PA Ms. Mills had told Petitioner that if he delayed
this surgery, it could be redone within a month. PA Ms. Mills lied to Petitioner so
that Petitioner would cease filing Grievances for hsi multiple injuries and that she
could then fix the one issue at a time, despite the pain and suffering of Petitioner.
Petitioner would not have stalled this surgery had he known that it would be then
stalled for another year. Her supervisor, Doctor Ahmed, the Clinical Director, told
Petitioner that PA Ms. Mills needs to resubmit for Petitioner's surgery on the Left
Shoulder that she had previously deferred. The Greenville Medical Department has been
lying to Petitioner, giving him the end-run-around while Petitioner contracts permanent
life-time disabiling injuries from their deliberate denials of serious medical needs
and treatment. All of this time they have been reducing Petitioner's pain medications,
refusing to prescribe effective pain control in retaliation for filing of Grievances.
Now the petitioner has found out that the Clinical Director, "Doctor" Faisal Vakil
Ahmed is not legally licensed in the State of Illinois, and lost his license after the
filing of grievances with the Illinois State Medical Licensing Board. M.D., M.S.P.H
Dr. Suranda V. Kane and M.D. Mark A. Peppercorn on the Internet update claim severe
ulcerative colitis symptoms include bloody diarrhea episodes of '6 or more times per
day.' Petitioner reported that on 15 to 20 per day that he was evacuating blood from his
colon, and nothing was done for months, after knowing this was ongoing  nine months ago.

9

Page 4 of 4

Claim 2: On or about ___December 17th, 2020_____, my civil right to
                                    (Date)

___Timely and Adequate/Proper Medical care._____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc.  List only one violation.)

was violated by ~~Physician's Assistant~~ Ms. Mills. N.P.
                      (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2;   State what
happened briefly and clearly, in your own words.   Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

On that Internet website Update, on Patient education, if one displays 6 or more
episodes a day of bloody diarrhea, it was recommended that one should avoid medications
that worsen those symptoms, such as pain relieving medications that contain nonsteroidal
anti-inflammatory drugs (NSAIDS), such as Ibuprophen, Tylenol, Advil, Naproxen, and
Alieve, which Petitioner had been trying to change to Gabbapenton, which is a non -
narcotic pain reliever that he took prior to his back fusion surgery. PA Ms. Mills
continually rejected Petitioner's requests for this, and kept prescribing Ibuprophen.
Petitioner filed Grievance #1009586-F1 concerning his denied pain medications.
Retaliations concerning his denied medical care and treatment grievances that he filed
continued. Petitioner's initial prescribed Acetominophen 325mg tablets were 168 tablets
per month prior to filing of Grievances for denied medical care. Petitioner's
Ibuprophen 600mg tablets were prescribed at 120 tablets per month. Now the Petitioner
received 60 tablets per month of each medication and has been forced to purchase off of
BOP commissary and other sources the removed medications to manage the pain that PA Ms.
Mills has removed from him. The prescrition medicine labels are all documented in the
grievances and in his medical file. They never once prescribed this Petitioner an
effective pain medication, even though the BOP has them available for people on the
Chronic Care list for pain, such as this Petitioner. This denial was doen to force a
halt to Petitioner seeking proper medical treatments and care for his various injuries.
Even a lay person would determine that Petitioner was in extreme pain after reviewing
his multiple injuries and rpescribe a proper pain management medication. They would not
have prescribed as one-half of his only pain  releif a medication that aggravated one
of his injuries, the blleding colon condition. Grievance #1009586-A1 was exhausted and
returned 04-14-22 and Petitioner is still being prescribed Ibuprophen abd inadequate
pain management medications.

<u>Claim 2:</u> On or about <u>December 17th, 2020</u>, my civil right to
                                                    (Date)

<u>Wanton Pain and Suffering</u>
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc. List only one violation.)

was violated by ___Physician's Assistant Ms. Mills N.P.___
                    (Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2; State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

Petitioner was given to the care of PA Ms. Mills as his primary care provider upon arrival December 17th, 2020 at FCI Greenville. Petitioner complained of a 9-10, [10 being the most severe level], pain level. Petitioner had already filed Grievance #1009586-F1 at FCI Lompoc for retaliation in the form of denial of proper pain management medications. Whiel at FCI Lompov, the Petitioner's Tylenol and Inbuprophen was reduced. Upon arrival at FCI Greenville, Dr. Ahmed reduced even further Petitioner's pain medications, even with the claim of extreme pain. Petitioner requested help for his pain management from his primary care provider, PA Ms. Mills, whom then issued the Petitioner Carbonzine, a mental health medication for his pain. Petitioner sent PA Ms. Mills electronic Requests to Staff, explaining that this new medication did not work. After several months this medication was discontinued, but PA Ms. Mills refused to prescribe an alternative pain medication, such as the effective one, Gabbapenton. The Petitioner informed PA Ms. Mills that this was prescribed to him prior, during his back surgery and was efefctive. It is a non-narcotic with little or no side effects. While PA Ms. Mills entertained the thought of prescribing the Gabbapenton, which the BOP issues, she never followed through with the prescrption despite the extreme pain and suffering of Petitioner from his multiple injuries. Petitioner continued to pursue issuance of proper pain management medication, filed the Grievance #1009586-F1, and PA Ms. Mills would only issue the Ibuprophen, a clearly documented improper medicine for people with colitis issues. It is well-documented to accelerate and irritate those conditions of colon bleeding and diarrhea. The complained of excruiciating pain from Petitioner's pinched nerves, burning fingers in his left hand, caused by pinched nerves in his injured Left Shoulder injury, needing a complete Left Shoulder Replacement. The Shoulder occassionally pops out of joint because it is so far damaged. Petitoner's Left knee is almost destriyed from a lack of medical attention and diagnosis, Petitioner's Left Hip is damaged from the same cause of the other Left-side injuries, but PA Ms. Mills refuses to provide an appointment for an MRI to examine it, X-Rays have proved ineffective in seeing the danages. All of these injuries combine in Petitioner's pain levels, yet PA Ms. Mills cannot receive adequate pain manegemt medications. This then forces Petitioner to seek alternate pain medications from the BOP Commissary, which is severely limited in both types available and quantities you can purchase. The only two medications that Petitioner can purchase are the very ones that medical experts claim is not good for his condition with the Pan Colitis, but Petitioner is given no medical choice here. PA Ms. Mills has deliberately denied Petitioner proper and adequate pain management medications, causing wanton pain and suffering of this Petitioner, in a violation of American Medical Association's recommended treatment and care for injuries, in a timely and adequate way, as well as the BOP's Medical Program Statements.

The multiple injuires of this Pettiioner are not being timely, adequately and properly diagnoses and treated by PA ms. Mills, causing further injury to Petitioner's person, [his permanent Pan Colitis issue], due to deliberate denial of medical care and treatment for serious medical injuries and issues. PA Missl inflicted wanton pain and needless suffering of this Petitioner.

<u>Claim 3</u>: On or about __December 17th, 2020 to present__, my civil right to
(Date)

Timely and Adequate/Proper Medical care and Treatment
_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc. List only one violation.)

was violated by __Dr. Faisal Vakil Ahmed, Clinical Director__
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3;. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

Upon arrival at FCI Greenville, December 17th, 2020, during the initial screening of this Petitioner, he notified Dr. Faisal Vakil Ahmed, the Clinical Director whom oversees the operations of the Medical Department, and has final clearance af any and all outside medical consults/surgeries, that Petitioner was bleeding profusely from his rectum, had a Left Shoulder injury that needed Replacement, he had injuries to his Left Knee and Hip, all documented at FCI Lompoc. Petitioner informed Doctor Ahmed that his present pain level was a 9-10, [10 being the most severe pain level]. Petitioner then informed Dr. Ahmed that he had Nickle implant hardware that he was found to be allergic to, requiring removal, that had been implanted in lower back surgery 10-03-13. Petitioner was covered in sores/lesions and blisters that would not heal. They left bleeding and oozing places on his legs, back, buttocks, neck, arms and are painful, all over his bedding, clothes and he has re-ccurring staph infections from those sores getting infected, since medical will not issue antibiotic ointments either. Doctor Ahmed was fully aware of Petitioner's medical history at the prior facilities and had access to the complete BOP medical file on this Petitioner. This inlcudes the ROI's that the outside specialists had sent into the BOP for consultations of prior medical treatments and care given the Petitioner. Dr. Ahmed was provided a prior January, 2017 colonoscopy done on Petitionerthat stated no abnormalities nor bleeding. Dr. Ahmed was personally made aware of Petitioner's bleeding from his rectum, as Petitioner personally brought and showed Dr. Ahmed the bags of bloody toilet tissue from several bowel movements. Ahmed was told that this was from some of the 15-20 times a day Petitioner was using the toilet, full of blood and a putrid odor.

Ahmed was aware of Petitioner's chronic diarrhea daily, and still failed to render the Petitioneremergency medical treatment colonoscopy or issue/prescribe medications for Petitioner's colitis condition. Petitioner requested effective pain management medications but Dr. Ahmed refused the requests for Gabbapenton, but insisted on issuing the non-effective mental health medication, Cordinzine, which Petitioner repeatedly reported to Ahmed was not working to manage the pain. Dr. Ahmed then reduced Petitioner's medications and failed to exchange the Ibuprophen with a medication that would not irritate Petitioner's colon bleeding, which was publically-available Internet knowledge, which Petitioner also gave a copy to Ahmed for informational purposes. Dr. Ahmed continued to prescribe menprozole, and the Polycarbonate fiber, for 6 months that acerbated Petitioner's diarrhea, and when Ahmed realized that he had caused it upon the reading of the documents Petitioner provided Dr. Ahmed, even when Petitioner complained of acid reflux, indigestion and pain, continued to issue it. Petitioner filed Grievance #1070579-F1, 02-19,21, after being denied emergency colonoscopy, and it took an additional 7 months after his previous 9 months at FCI Lompoc, to be seen on 07-25-21. As a Doctor, Ahmed should have reasonably known or investigated Petitioner's bleeding condidtion, to know that if left untreated, would further spread and cause permanent harm. Dr. Ahmed failed to intervene and correct PA Ms. Mills' neglect and deliberate indifference, which resulted in PA Ms. Mills non-actions, and caused Petitioner to have permanent and life-long Pan Colitis. Petitioner may further lose sections of his colon, as determined by Dr. Kim, whom performed Petitioner's colonoscopy.

Claim 3: On or about _____December 17th, 2020 to present_____, my civil right to
(Date)
Timely and Adequate/Proper Medical Care and Treatment.
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc. List only one violation.)

was violated by Doctor Faisal Vakil Ahmed, Clinical Director.
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3; State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

Dr. Kim had made the comment to Petitioner, which Petitioner then informed Dr. Ahmed personally of; "Why didn't you come in months earlier, we could have prevented this from spreading to your whole colon." Petitioner responded that he had filed several Grievances over the last year just to get seen. Dr. Ahmed failed to prescribe any medications to treat Petitioner's colitis condiction, and in fact made it worse by his actions. All Dr. Ahmed had to do was get Petitioner to the Emergency room at the local Hospital, where a colonoscopy would have determined exactly what Dr. Kim saw 7 months later, but they could have prevented the spreading of the Pan Colitis through this Petitioner's entire colon, months of pain and suffering needlessly. This would have prevented the permanent harm inflicted on Petitioner by deliberate indifference and delay by Dr. Ahmed. Ahmed denied this Petitioner crucial and timely medical treatment for his serious medical need. Not only did Petitioner provide Dr. Ahmed with a normal, non-bleeding prior medical record of the 2017 colonoscopy, but in Petitioner's Grievances Petitioner also provided a copy of his mother's letter stating that his father was inan ICU with a tumor in his colonm bleeding just as this Petitioner was. Petitioner sent this information, along with the fact that his grandfather had died from colon cancer, to prove a family history that requires more, indepth medical review, an outside specialist. The emergency Hospital colonoscopy Petitioner requested would have resolved all this, and avoided months of needless pain and suffering on Petitioner's part.

All that Dr. Ahmed did was approve additional 'medical toilet paper' being issued to this Petitioner. Ahmed issued no proper medications for this condition. Ahmed was the second step in the obtaining of outside consultations, as Ahmed must sign for any approval to transport a prisoner. Ahmed failed to properly supervise and correct PA Ms. Mills' errors, and intervene in her negligence, Dr. Ahemd went as far as to also contribute to PA Ms. Mills delays. For example, when PA Ms. Mills did not reschedule the Left Shoulder Replacement Surgery, Dr. Ahmed should have taken over and signed the order himself to transport this Petitioner. Ahmed did not override PA Ms. Mills and arrange for Petitioner to go to outside consultants when Petitioner's condidtion clearly showed a need for prompt proper medical care that FCI Greenville was not giving this Petitioner. Dr. Ahmed would not override PA Ms. Mills' claim of 'one injury at a time,' that she claimed was a BOP Policy as excuse for ignoring Petitioner's other serious medical issues. When one is in a car wreck, with multiple issues, the Doctors do not inform a patient.."Ok, so shall we set the leg, or the arm, or tape the ribs...pick one."

Petitioner filed Grievance #1118666-F1 on 04-14022, after 16 months of seeking proper, adequate and timely medical care at Greenville for his multiple injuries. He has been, and continues to be denied adequate and proper medical care, then retaliated against for Grieving the issues. That claim was exhausted 09-21-22. Petitioner has not received his needed surgeries, has not been receiving proper medical care for his pain management problems, has been delayed and denied all forms of proper medical acre.

<u>Claim 3</u>: On or about <u>December 17th, 2020 to present</u>, my civil right to
(Date)

<u>Timely and Adequate/Proper Medical Care and Treatment.</u>
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom<br>from cruel and unusual punishment, etc. List only one violation.)

was violated by <u>Doctor Faisal Vakil Ahmed, Clinical Director.</u>
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

The staff claim that the BOP will only treat one illness at a time, a violation of the American Medical Association's treatment of serious medical injuries, and in violation of the BOP's Medical Program Statements' Level of Core Guidelines. Dr. Ahmed, as a Medical Doctor, knows the added harm to patients conditions by not responding timely to medical injuries. Petitioner is continuing to cause damage to his Left Knee, Lower Back, and Left Hip, not to mention his Left Shoulder, by the ignoring and denying of medical treatment and care. Petitioner soon will require a full Knee Replacement, just kie his Left Shoulder. If the colon bleeding would have been treated early, Petitioner would have had a small, easily treatable area of colitis versus his complete colon infected as Dr. Kim has stated and testified. At Petitioner's December, 2020 medical intake review, Dr. Ahmed commented that PA ms. Mills should have re-submitted the consult surgery request for the Replacement of the Left Shoulder, 10 months ago, yet Dr. Ahmed never intervened in Petitioner's treatment, notifying as her supervisor, PA Ms. Mills and instructed her to do it. These medical personnel are not listening to Petitioner, asking for treatment for his injuries. Petitioner had and remains deliberately denied treatment by Dr. Ahmed not doing his duty, ordering proper and timely treatment, as the Clinical Director.

Now it has come to ligth that Dr. Ahmed has no Illinois State Medical license, and has not held one since 2011, with a question of the possible removal of his license as the reason for a lack of an active Illinois medical license. The BOP will not respond to inquiries over this topic, and refuse to obey FOIA Motions, approved by the Central Office, directing the Region to process and deliver this information, for the last four years. Since Petitioner raises this legal question, in defense, the named party, Doctor Faisal Vakil Ahmed must respond with proof of and active Illinois State Medical license, or he concedes this claim portion, a Judicial Admission of being unlicensed.

This is intentional harm, with total disregard for the Petitioner's serious medical needs. Ahmed has not corrected PA Ms. Mills prior deferred consult, knowing full well that Petitioner is receiving further damage to his multiple injuries and conditions. Any reasonable layman would have determined that this Petitioner needed immediate medical attention and treatments, has been inexcruciating pain for over 25 months, has been retaliated against for filing of Grievances about the delays and denials of proper and timely medical care and treatments for his serious injuries. Ahmeds' failure to supervise, as Clinical Director, PA Ms. Mills refusal to reinstate Petitioner's Left Shoulder Replacement Surgery consult, which PA Ms. Mills stated, and Dr. Ahmed confirmed, was to only take a month to do, once Petitioner informed PA Ms. mills that the pain was unbearable.

14

Claim 3: On or about ___December 17th, 2020 to present___, my civil right to
(Date)

Timely and Adequate/Proper Medical care and Treatment.

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom<br>from cruel and unusual punishment, etc. List only one violation.)

was violated by ___Doctor Faisal Vakil Ahmed, Clinical Director___

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

On September 17th, 2022, Medical consult with Dr. Koth, whom recommended urgent back surgery to remove Nickle implants or else face the likelihood of causing a permanent injury to the Petitioner. That was 4 months ago, and Petitioner has still not received any treatment for his multiple injuries. Dr. Ahmed has contributed to Petitioner's permanent damage and suffering, and Dr. Kim has diagnosed Petitioner with Pan Colitis, a permanent and life-long total colon colitis, and he could lose his colon.

Page 1 of 1

<u>Claim 3</u>: On or about <u>December 17th, 2020 to present</u>, my civil right to
(Date)

<u>Wanton Pain and Suffering.</u>

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc. <b>List only one violation.</b>)

was violated by <u>Doctor Faisal Vakil Ahmed, Clinical Director</u>

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

Petitioner notified Doctor Ahme of his bleeding colon condition, his Left Shoulder Replacement issue, his Left Hp injury, Left Knee injury, and Lower Back injuries. Petitioner explained how his Nickle implant hardware was causing painful blisters and sores/lesions, due to his Lower back surgery 10-03-13. The sores on Petitioner's buttocks, legs, hips, back, neck and arms were scarring him, and were painful, bleeding all over his clothes, sheets, everything he touched. Medical, particularly Ahmed, prescribed over 15 regemins of antibiotics and steroid medications to fight the re-occurring staph infections. Petitioner requested, on multiple occassions, assitance for hsi serious medical needs and injuries. After Petitioner filed his Grievance for an Emergency colonoscpoy, #1070579-F1, February 19th, 2021, his pain management medications were reduced in retaliation. There was already a Grievance filed for retaliation of the medical staff at the prior, FCI Lompoc facility, #1009586-F1 in Petitioner's medical file and again, Petitioner feels this was retaliation for filing a Grievance for deliberate indifference to his serious medical needs being denied him. Petitioner directly explained to Doctor Ahmed that his pain level was 9-10 out of a 10 being the maximum pain. Petitioner has reported this pain level for the prior 25 months at FCI Greenville, yet Dr. Ahmed refuses to rpescribeeffective pain medications for Petitioner's pain and suffering, causing further harm to Petitioner.

Dr. Ahmed would not even prescribe Petitioner effective pain management medications for his several serious bleeding from the rectum issue for the full sevent months prior to Petitioner's July, 2021 consult with Dr. Kim. Ahmed refused to render emergency medical treatment and care , which caused the filing of Grievance #1118666-F1 on April 14th, 2022 for inadequate and denied/delayed timely medical care and treatment. Dr. Ahmed reduced Petitioner's pain medications, Ibuprophen and Tylenol after his arrival at FCI Greenville, refused to replace or prescribe an effective alternate pain medication, even though Petitioner had been previously on Gabbapenton, a non-narcotic that Petitioner had taken prior to his back fusion surgery which had worked. Instead, Dr. Ahmed prescribed Carbonzine, a mental health medication that the medical records show Petitioner advised them it did not work. Dr. Ahmed would not prescribe an alternative effectively denying Petitioner adequate pain management medications to relieve his pain and suffering, forcing Petitioner to purchase Ibuprophen off the Commissary, and Tylenol. On top of this, the Petitioner furnished Dr. Ahmed with documentation proving that Ibuprophen irritates and exacerbates diarrhea and colitis conditions. Dr. Ahmed could easily have prescribed the gabbapenton, avoiding risk to Petitioner's Colitis condition, and solved the ineffective medication issues. Instead Dr. Ahmed ignored Petitioner's pain and suffering, delayed and denied timely adequate medical care and treatments, and allowed PA M.s Mills to do the same to Petitioner. All medical staff was fully aware of the constant leval of pain the Petitioner was in, and have ignored it for over two years. Petitioner's medical history is rife with injury data, proper and effective pain medication issuances, and they ignored it all. Petitioner clearly has serious medical needs that were deliberately ignored and denied treatments.

16

<u>Claim 4</u>: On or about <u>December 17th, 2020 to present</u>, my civil right to
(Date)

<u>Timely and Adequate Medical Care and Treatment.</u>
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc.  List only one violation.)

was violated by <u>Nurse Kelley</u>.
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 4;.   State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 4.):

Petitioner arrived at FCI Greenville, approximately on December 17th, 2020 and was medically screened, where he satted on the records that he was bleeding profusely from his rectum, and had excruciating pain for his Left Shoulder, Left Knee, Left Hip, and Lower Back. Petitioner also had blisters/sores/lesions all over his body from a Nickle allergy due to implants for his back surgery. This Petitioner informed Nurse Kelley, as he had informed all the medical staff at FCI Greenville, of his prior issues at FCI Lompoc that had gone untreated. Petitioner informed Nurse Kelley of the multiple Grievances filed, seeking treatment for his multiple serious medical issues. These are all within Petitioner's medical records, both FCI Lompoc and Greenville.

Petitioner was seen by Nurse Kelley multiple times at sick calls, where he removed his clothing to reveal the blisters/sores/lesions and staph infections that were raging all over his body. Petitioner claimed excruciating pain on each and every sick call request and medical copouts. Nurse Kelley was fully aware of this Petitioner's Grievances for medical issues in his files claiming retaliation by the reducing of his pain management after filing Grievances for inadequate and timely medical care. Petitioner showed Nurse Kelley his bags of bloody toilet paper from profuse bleeding and Nurse Kelley did nothing  to provide emergency medical treatment and get Petitioner to the hosiptal for that ongoing profuse bleeding. Nurse kelley barred Petitioner from access to PA Ms. Mills for that emergency care. Nurse Kelley did not talk to PA Ms. Mills to expedite emergency treatment for over 7 months at FCI Greenville. All that Nurse Kelley did was provide extra toilet paper when Petitioner's Unit Manager Ms. Keelr, and counselor Privett called the medical department concerning his need for extra toilet paper to soak up the excessive bleeding from his rectum. Petitioner informed Nurse Kelley that he had  to evacuate his rectum some 15-20 times per day. Petitioner again requested an emergency medical trip for a colonoscopy, filed and exhausted Grievance for over 7 months of suffering this condition at FCI Greenville, after suffering 9 months of this same suffering at FCI Lompoc. Nurse Kelley was fully aware that this had been going on prior to Petitioner's arrival at FCI Greenville, but did nothing to prescribe or treat that issue. Nurse Kelley never rendered emergency medical care or treatment and deliberately denied Petitioner the medical standards for his serious medical needs, not for his bleeding rectum, not for the allergic reaction to the Nickle implants that the records stated had an **URGENT NEED TO REMOVE**, not for the sores/lesions and blisters that became staph infected. Petitioner was prescribed 15 regemins of antibiotics and steroids for the staph infections, rather then removing the cause of the infections. The Nickel implants may have even contributed to hiscolitis, being just another form of staph-type infection. This Petitioner displayed to Nurse Kelley the extent of the sores/lesions and blisters covering his entire body, and Nurse Kelley just continued to issue the steroids and antibiotics for the staph infections they caused, not treatment for the source.

17

<u>Claim 4</u> : On or about ___December 17th, 2020 to present___ , my civil right to
                                    (Date)
Timely and Adequate Medical care and Treatment
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc.  List **only one** violation.)

was violated by ___Nurse Kelley___ .
                        (Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 4;  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 4.):

Petitioner's hips, legs, buttocks, back, neck, arms that Nurse Kelley saw, were just contined on a regemin of steroids and antibiotics, not treated at their source, the Nickel implant allergies. The bleeding profusely from Petitioner's rectum, the Left Shoulder Replacement Surgery, the Left Knee, Left hip injuries were completely ignored. The excruciating pain and suffering from denial/delays and outright refusals to find adeqaute effective pain management medications, even though they were reported on multiple sick calls and medical copouts and exams. All that Nurse Kelley did was set appointments to Petitioner's primary care provider, PA Ms. Mills, which never took place, thus cannot be proved that they were ever submitted. Petitioner's condition was left untreated for months, and in some cases, years. This is not American Medical Association's, nor the BOP's Medical Program Statement's leval of health care for serious medical injuries and Nurse Kelley deliberately denied Petitioner crucial care and treatment, put 'bandaids' on Petitioner's injuries and left the rest untreated. Petitioner, at one point, stated; "If he had a nose bleed for a week or two, he would have been taken to the hospital." Yet this Petitioner received no emergency hospital cclonoscopy for 1½ years of rectum bleeding, at a level 3 times that of the warning level of number of times per day per the standards, 15-20 times a day bleeding from the rectum, and Nurse Kelley did not see this, and that had been ongoing 9 months prior to this Petitioner's arrival at FCI Greenville, as any type of emergency condition. The Petitioner filed Grievance #1070579-F1 on 02-19-21, exhauted it on 07-13-21 with still no specialist/treatment or colonoscopy emergency treatment. Dr. Kim examined this Petitioner on 07-27-21, 7 months after Petitioner's arrival at FCI Greenville, and stated; "Why did you not come to see me earlier, it owuld not have spread to your whole colon and caused a lifetime injury condidtion, requiring medication for Pan Colitis." Petitioner replied to Dr. Kim that he had tried, but was denied any emergency medical care. Petitioner has submitted requests for his entire medical records months ago, and has been put off by FCI Greenville  and the Regional Office.

Claim 4 : On or about ___December 17th, 2020 to present___ , my civil right to
(Date)

__Deliberate Wanton Pain and Suffering__
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc.  List only one violation.)

was violated by __Nurse Kelley__                 .
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 4;  State what
happened briefly and clearly, in your own words.  Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 4.):

Petitioner arrived at FCI Greenville on Aproximately December 17th, 2020 and was screened for his incoming medical injuries and issues. Petitioner made Nurse Kelley aware of all his many injuries, which are recorded in Petitioner's medical file from FCI Lompoc, about the excruciating pain that Petitioner complained about every time that he was examined and seen by Nurse Kelley, including the profuse bleeding from his rectum, Nickel Allergies, causing extensinve painful sores/lesions and blisters becoming infected with staph infection. Nurse Kelley witnessed all this and rpescribed antibiotics/steroids regemins, (10) during the 25 months at FCI Greenville, rather than treating and removing the sources of the serious medical issues.

Nurse Kelley was aware of the Grievances concerning improper, denied/adequate medical care and treatments as well as the claim of retaliation by the medical staff at FCI Lompoc and FCI Greenville for seeking proper and timely medical treatments by medical staff of his many serious injuries and conditions.

Every sick call, medical copouts that Petitioner states his excruciating pain levels, that he was not receiving proper medications, that the mental health drug Carbonzine, that was issued to Petitioner for pain was not working at all for his level of pain, that he was denied adequate pain management medications for hsi destroyed Left Shoulder, [still awaiting Reconstruction Surgery], him **URGENT** need for removal of his allergic-reaction-causing Nickel metal implants, his Lower Back injury, his Left Knee and Left Hip issues. Petitioner has shown them personally to PA Mills, whom discussed this with Nurse Kelley, that there was something seriously wrong with Petitioner's Left Knee joint. PA Ms. Mills agreed and stated that there was obvious injury, that it was damaged. Nurse Kelley, with all these issues, only did one job --- to issue more toilet paper for Petitioner's belleding rectum. As far as the issuing of the antibiotics/steroid treatments for Petitioner's many reuccuring staph infections, rather that treat the sources of the problems, removing the Nickel metal hardware that causes the recurring infections, Nurse Kelley only treated the after-effects, the allergic breakouts of staph infections.

Nurse Kelley caused wanton pain and suffering, unnecessarily, to the Petitioner over the course of some 25 months at FCI Greenville, and Petitioner has received none of the required surgeries for his multiple serious medical issues. Now, this Petitioner must take lifetime medication for his Pan Colitis due to the failure to receive timely and adequate medical care and treatment for his bleeding rectum, which Nurse Kelley was fully aware had been bleeding for 9 months before the initial screenign at FCI Greenville at intake for this Petitioner. Petitioner's Left Hip, Shoulder, Left Knee continue to be damaged and Petitioner still receives no proper, adequate pain management medications, they in fact have been reduced by this medical staff, including Nurse Kelley.

19

Claim 5 : On or about <u>December 17th, 2020 to present</u>, my civil right to
(Date)

<u>Timely and Adequate Medical Care and Treatment</u>
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc.  List only one violation.)

was violated by ___Administrator Ms. Brazzell_____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 5;.   State what happened briefly and clearly, in your own words.   Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 5.):

Petitioner requested help from Associate Warden Jeffery Cheeks for bleeding colon issue for 9 months prior to his arrival at FCI Greenville, approximately march-April, 2021, so an additional 4 months at FCI Greenville without treatment, or thirteen months overall, and that he was using more than a roll of toilet paper a day, [they issue 4 rolls of toilet paper every two weeks per inmate], during the mainline Lunch period. Administrator MS. Brazzell, whom stands outside the Medical Department for issue discussions and medical questions, had gone back inside early. AW Cheeks radioed for Ms. Brazzell to come back and speak to Petitioner.

Administrator Ms. Brazzell took Petitioner back inside the Medical Department, where Petitioner requested an emergency medical treatment at the hospital. This was, as Petitioner stated, approximately March-April, 2021. Adminitsrator Brazzell told Petitioner that he had a pending appointment, and to be patient. Petitioner had assumed, wrongly, that Ms. Brazzell meant an appointment with the hospital, not with Nurse Kelley. 3 months later, during a colonoscopy consult with Dr. Kim, in July, 2021, Dr. Kim explained that; "Powell, [Petitioner], would not have had full-blown Pan Colitis had he sought treatment visit earlier, and that it has now spread to his whole colon. Treatment earlier would have prevented the lifetime permanent condition, and Petitioner could lose his colon."

Petitioner explained that he had filed multiple Grievances, #1070579-F1 and #1118666-F1, among others, seeking emergency medical care, but was denied access to an outside Doctor, via an mergency medical hospital colonoscopy, but was denied and delayed needlessly. Petitioner has provided the BOP with prior 2017 colonoscopy medical record that show no abnormal  conditions, no bleeding and no colitis. Administrator Ms. Brazzell, who manages the Medical Department failed to properly supervise and/or correct her subordinates, deliberately and directly refused the Petitioner an emergency hospital trip colonoscopy, barring Petitioner's access to licensed professional consultation for his serious medical injury, resulting in further damage to Petitioner and permanent injury, requiring lifelong medications to control it.

She failed to provide medications or treatment for Petitioner's medicalinjuries and conditions. Ms. Brazzell only signed the approval for extra toilet paper for this Petitioner. Ms. Brazzell was fully aware of all of Petitioner's injuries and medical conditions, but allowed the appointment schedules to delay remedy by not properly administrating, as is her duty, the Medical Department to ensure adequate and timely proper medical care and treatments. Ms. Brazzell issued extra toilet paper instead of supervising the the cause was timely resolved, an emergency colonoscopy. Dr. Kim confirmed the permanent damage caused this Petitioner by that delay and deliberate indifference of Ms. Brazzell.

Claim 5 : On or about <u>December 17th, 2020 to present</u>      , my civil right to
                                    (Date)

<u>Wanton Pain and Suffering</u>
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc.  List only one violation.)

was violated by     <u>Administrator MS. Brazzell</u>  .
                    (Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 5;  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 5):

Petitioner was screened by medical staff upon his arrival on or about December 17th, 2020 at FCI Greenville for his multiple injuries and conditions.

Administrator Ms. Brazzell is the Administrator of the Medical Department, in a supervisory capacity to oversee PA Ms. Mills, Nurse Brown and Nurse Kelley, and has a parallel authority to check and submit corrections to Doctor Faisal Vakil Ahmed to the transportation assignments to outside specialists and hospital/clinics as well as reporting to the FBOP Regional Office as to staff management. She thus oversees the management of all inmates' health care.

MS. Brazzell was personally made aware, on several occassions of Petitioner's colon issue, and had reviewed Petitioner's medical file, yet refused the emergency hospital colonoscopy visit. Ms. Brazzell was fully aware of Petitioner's injured Left Shoulder, Left Hip, Left Knee, Lower Back and the skin sores/blisters being infected with staph infection but delayed treatment appointments for months and years where Petitioner received no treatments nor surgeries for his serious medical issues and injuries. Ms. Brazzell knew that Petitioner was in excruciating pain, and suffered from those multiple injuries, Petitioner directly informed Ms. Brazzell of the level of pain that he was in, complaining that the Nurses and PA Ms. Mills would not issue adequate and effective pain mangement medications. Petitioner did inform Ms. Brazzell of the Carbonizine mental helath medication that her staff insisted he use, and its ineffectiveness, as well as the fact Petitioner used to be prescribed gabbapenton, and it was efefctive, but her staff refused to prescribe it for Petitioner. Ms. Brazzell was shown the Grievances where the staff retaliated by reducing Petitioner's pain medications, #1009586-F1, on the medical files, for complaints of inadquate medical care and treatments.

Ms. Brazzell was in a position to correct the request for immediate emergency medical hospital and consulting trips, knowing Petitioner was bleeding from his rectum for 9 months prior to his arrival at FCI Greenville, and an additional 7 months once at FCI Greenville. As for the other surgeries, Petitioner has been at FCI Greenville 25 months with not one surgery done, even with the **URGENT** consult recommendation to remove the Nickel rods and hardware that causes the allergic reaction, the sores, lesions and blisters covering Petitioner's body, and the inherent staph infections from those sores. The Left Shoulder Replacement has not even progressed to the final consult prior to surgery phase yet, in 2 years. Those delays have resulted in an additional 2 years of pain and suffering for Petitioner. Had Petitioner been timely and adequately treated, none of this suffering would have taken place. Instead they did one correction for a single issue, and ignored the rest, delaying everything. Any reasonable person would deem Petitioner's medical delay and denial of treatment and care as wanton infliction of pain and suffering. Nine prior months of suffering compounded by FCI Greenville's, and Ms. Brazzell's denial of duty resulted in over 25 months of pain and unnecessary suffering.

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes _XX_ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1:</u>

Plaintiff(s):_____ N/A _____

Defendant(s):_____

Name and location of court:_____ N/A _____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ N/A ___ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____ N/A _____

b. <u>Lawsuit 2:</u>

Plaintiff(s):_____ N/A _____

Defendant(s):_____

Name and location of court:_____ N/A _____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ N/A ___ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____ N/A _____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____Yes _XXX_ No

If your answer is "Yes," describe each lawsuit on the next page.

Prisoner § 1983 - 6
PS01, Nov. 2013

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____N/A_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____N/A_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____N/A_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____N/A_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____N/A_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____N/A_____

e. Approximate date case was filed:_____ Date of final decision: _____

**4. Are you in imminent danger of serious physical injury?** _____ Yes __XX__ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____N/A_____

_____N/A_____

_____N/A_____

Prisoner § 1983 - 7
PS01, Nov. 2013

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $___1,000,000.00___

2. Punitive damages in the amount of $___9,000,000.00___, ___9___ times Compensation Rate in #1.

3. An order requiring defendant(s) to _____N/A_____

4. A declaration that_____N/A_____

5. Other: _____N/A_____

Plaintiff demands a trial by jury. ___XXX___ Yes _____ No

**6. Attorney Fees of** ___$150.00 per hour / monthly accounting will be provided.___

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.
Title 28 U.S.C. §1746.

Executed at ___FCI Greenville, Illinois___ on ___/-23-2023___
                              (Location)                                  (Date)

___Steven Bradley Powell___
          (Plaintiff's Signature)

___Pro - Se    Party___                    ___/-23-2023___
Original Signature of Attorney (if any)                  (Date)

___FCI Greenville, #11005-006___

P.O. Box 5000

Greenville, Illinois 62246

Attorney's Address ▩▩▩▩▩▩▩▩▩▩▩

24